Order issued November 16, 2012



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

#### No. 05-12-01564-CV

### IN RE MESQUITE INDEPENDENT SCHOOL DISTRICT, Relator

**Original Proceeding from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-09131-F**

## ORDER
Before Justices Bridges, Lang, and Fillmore

Before the Court is relator's Emergency Motion for Temporary Relief. We **GRANT** the motion and **STAY** all further proceedings in the trial court. This stay shall remain in effect until further order of this Court.

The Court also has before it relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file any responses by November 26, 2012.

DAVID L. BRIDGES
JUSTICE